**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 1, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00788-CV

---

## BOWEN, MICLETTE & BRITT INSURANCE AGENCY, LLC, Appellant

## V.

## CHRISTOPHER TAYLOR, Appellee

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-03943**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 28, 2015. On November 19, 2015, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Wise.